To whom it may concern                                                    2/10/19

I Maria Roman sister of Luis Roman Soler by this mean want to make it known that my brother is a good brother, son, father, husband, neighbor and friend.

Specially a husband because his wife has some issues for example she is diabetic, had an eye operation among some things at which my brother has managed to help her and her children, As a friend he is a great human being because he is there during the bad, good and worse, as a brother there are no words left because, he has always been a protective brother, I have no words left to describe his qualities.

Like every human being he has made mistakes which he has paid and is still paying hard, but I'm sure that with this one he has learned his lesson.

Thank you in advance, it is up to you to make the best decision.

Maria Roman

In addressing you                                         Feb 2, 2019

I'm Rosa Soler, mother of Luis Roman Soler.

I will describe as a human being not because he is my son, the first thing I taught him was to fear god and took him to receive all of his sacraments.

He is a man that is humble, faithful, sincere, honest, caring, friendly, good son, good brother, good husband, good father, good neighbor, good friend.

Im saying this not for being his mother, as good mothers at times we give good advice a mothers duty is never over.

Sometimes children in their ignorance make many mistakes, which many times have consequences of going to jail, sometimes the one that they harm the most is the mother, because she suffers everything of her children.

I believe that this has served him as a lesson, so not to make the same mistake again, sometimes life is unfair but I believe in God that he will be given another chance, which he will know to benefit from.

To whom it may concern                                             3/12/19

I Francisco Ocasio, was a neighbor of Luis Roman Soler, Honest man, with a humble heart, he helps the seniors without being asked, he is a good son, a good father, good friend, and good neighbor.

I specially spoke to him and gave him advise, he was never rude nor arrogant, bowed his head and always with such humbleness that characterized him as a human being, with values, and fear of God, there aren't many of his age like that now a days.

He is not disrespectful or proud, he is humble, honest, Responsible, hard worker, good guy.

I love his family very much and his mother has incredible values

                                                          Kindly

                                                          Francisco Ocasio

I Luis Febles, by this mean I will say that I have known Luis Romero Soler a whole life, he is a very good friend, father, son, husband, and neighbor but above all I feel he is very humble. I know that he is not problematic. He is a person that gets along with everyone, he longs for his wife and children.

He has many friends that can speak well of him, he is always willing to help the others, I believe that young ones should be given life opportunities in they may amend their lives.

This time it helped Luis to gain a lot of maturity to make better decisions in the future.

Luis Febles

2/11/19

Dear Honorable Judge, kind regards on my behalf

My name is Rosario Soler I am Cousin of Luis Roman Soler for whom I implore clemency at the time of sentencing.

Luis Roman Soler is a good man and father of his family

I lived some time with him and I saw how he longed for his wife and daughter with the goal so they would not lack anything.

His wife is diabetic and when she got sick, he dressed her, made her meals, I saw how he carried her to bathe her, dressed her and her daughters with a lot of love and devotion.

He is very respectful, friendly and is filled with kindness to those who need it.

I have a daughter with many special needs, she does not walk or speak and my cousin always helped me carry her, and filled her with love, took me to appointments and even cared for her so I can do my errands. He is reliable with his responsibilities and offers to help the needy without being asked

I know my cousin has made mistakes which have brought him to make bad decision which carry negative consequences but he is not a danger to the community.

This time has served him to come to come to his senses, mature, and become aware of his acts and decisions. This time he has learned the hardest lesson of his life.

His mother is very sick and needs him. Luis and his mother Rosa Soler are very close they have a very tights bond. As those who love him we need him.

I humbly ask you that your heart consider what I write about Luis A. Roman Soler and ask your compassion and indulgence to sentence him.

Kindly

Rosario Soler

973-3932085