# CERTIFICATE OF PARTICIPATION

This Certifies That

**Luis Roman-Soler**

Participated in the

**Dialectical Behavioral Therapy (DBT) Informed Open Group**
**December 7, 2017—February 2, 2018**

And is hereby awarded this certificate by
**The Franklin County House of Correction**
Greenfield, Massachusetts

**February 15, 2018**

_____
Alex S. Margosian, LICSW

# CERTIFICATE OF ACCOMPLISHMENT

This certificate is awarded to

## LUIS ROMAN-SOLER

In recognition of effective participation in the
Franklin County Sheriff's Office

**RECOVERY ART PROGRAM**
(5 HOURS)

_____  4/11/18
Signature                  Date

_____
Signature                  Date

# CERTIFICATE OF ACCOMPLISHMENT

This certificate is awarded to

LUIS ROMAN-SOLER

In recognition of effective participation in the
Franklin County Sheriff's Office

**RECOVERY ART PROGRAM**
(6 HOURS)

_____    _____
Signature                     Date 4/11/18

_____    _____
Signature                     Date

# CERTIFICATE OF PARTICIPATION

This Certifies That

*Luis Roman-Soler*

Has Completed the

**Acceptance and Commitment Training Matrix**

And is hereby awarded this certificate by
**The Franklin County House of Correction**
Greenfield, Massachusetts

June 22, 2017

Nicole Fahey, M.A.



January 11, 2019

To whom this may concern:

Mr. Luis Roman-Soler has been an active participant in The In-House Fellowship Bible Study program at The Franklin County Sheriff's Office, Greenfield, MA, for the past 2 ½ years.

For further assistance please feel free to contact me (CCW J.Rivera) at 413-774-4014 ext. 2021.

Thank you,

J. Rivera,
Correctional Caseworker
& Program Facilitator

# Certificate of Recognition

*Presented to*

## Luis Roman-Soler

*On this day January 4, 2019*
*For his participation at The In-House Fellowship Bible Study Program at*
*The Franklin County Sheriff's Office.*

_____
Rev. Miguel A. Cruz
Pastor of Templo Ebenezer A/D
& Volunteer at F.C.S.O.

_____
J. Rivera
Program Facilitator at F.C.S.O

# iCIM - Inmate Service Plan Review

| | | |
|---|---|---|
| **Booking ID:** 6500649 | **Inmate ID:** 95371 | **Name:** ROMAN-SOLER, LUIS |
| **Created:** 1/15/2019 **By:** jbrown | ☑ **Inmate Signed Review** | **On:** 1/15/2019 |
| **Reviewed:** 1/15/2019 **By:** jbrown | | |
| **Progress:** Compliant | **Progress Reason:** Good Participation (meeting all obligations) | |

### Narrative

Luis arrived at the Franklin County Sheriff's Office on 7/27/16. Luis received a 24 hour lock up on 12/16/18 for not wearing his ID bracelet but has had no other issues. Luis is currently enrolled in Mindfulness. He has maintained a job since his arrival to the facility and currently works as a hallway worker. He also has been active in religious services. Luis has been very respectful to staff and appropriate in all contexts.

**Inmate Signature:** _____  **Date:** _____

**Staff Signature:** *Jacob Brown* (signature)  **Date:** 1/15/19

# iCIM - Inmate Service Plan Review

| | | |
|---|---|---|
| **Booking ID:** 6500649 | **Inmate ID:** 95371 | **Name:** ROMAN-SOLER, LUIS |
| **Created:** 3/29/2018 **By:** clovett | | ☑ **Inmate Signed Review On:** 3/29/2018 |
| **Reviewed:** 3/29/2018 **By:** clovett | | |
| **Progress:** Compliant | **Progress Reason:** Good Participation (meeting all obligations) | |

### Narrative

Client entered the Franklin County Sheriffs Office on 07/27/2016. When client entered the facility there wasn't many pretrial programs. During the roll out of programs in the pretrial unit client has taken advantage of most of them. Client is currently enrolled in Adult Basic Education (working towards his HISet), DBT group (Dialectic Behavioral Therapy), ACT Matrix, Relapse Prevention and Recovery Art. During Groups client attends, actively engages and appears to be interested and content throughout groups.

Client has bee working in the Hallway at nights since 3/30/2017, prior he was working a housing unit job. Client has no D-Reports during his stay. Client is always willing to help out and respectful to all staff, it is nice having him in the unit.

Client should keep going to groups and hopefully complete his HISet prior to his release. Keep up the good work.

**Inmate Signature:** *[signature: Luis Roman]*   **Date:**
**Staff Signature:** *[signature]*   **Date:** 3/29/18

# iCIM - Inmate Service Plan Review

| | | | |
|---|---|---|---|
| **Booking ID:** 6500649 | **Inmate ID:** 95371 | **Name:** ROMAN-SOLER, LUIS | |
| **Created:** 6/11/2018 **By:** jbrown | | ☑ **Inmate Signed Review** **On:** 6/11/2018 | |
| **Reviewed:** 6/11/2018 **By:** jbrown | | | |
| **Progress:** Compliant | | **Progress Reason:** Good Participation (meeting all obligations) | |

### Narrative

Luis arrived at the Franklin County Sheriff's Office on 7/27/16. During the past 60 days Luis has not received any discipline. Luis is currently enrolled in DBT skills, Think tank and HiSet. He has completed ACT matrix, Recovery art and Relapse Prevention. He has been in good standing with a job since his arrival to the facility and currently works as a hallway worker. He remains respectful to all staff and participates in discussions during groups.

**Inmate Signature:** *[signature]*  **Date:**
**Staff Signature:** *[signature: Jacob Brown]*  **Date:** 6/11/18

 

**Franklin County Sheriff's Office**
**160 Elm Street**
**Greenfield, Massachusetts, 01301**
**(413) 774-4014**

May 1, 2018

This letter is to inform you that Luis Roman-Soler has been an active participant of the Adult Basic Education Program at the Franklin County Sheriff's Office.

He comes to, and participates in, the Adult Basic Education 2 class offered three times weekly. He enrolled in this class on March 6, 2018 and continues as a regular participant in this class to the present date (5/1/18).

He is working to improve his academic skills and is studying to take the high school equivalency subject matter tests. High school equivalency testing is offered monthly at the Franklin County Sheriff's Office.


Andree Duval
Education Coordinator

## Gandara Center, Inc
### Certificate of Completion

This Certificate is Awarded to

### Luis A Roman

This certifies that the person herein has successfully completed the Gandara Addiction Recovery Program and holds all rights earned by its Alumnus.

Given this 6th day of December 2015

Gandara Addiction Recovery Program

_Estelle Santiago, B.S. LADC1,_
Program Director

Date 12/6/2015